# EXHIBIT 1

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-00448**<br>Court:   **CIRCUIT**<br>County: **NELSON** |

Plantiff, **NEWTON, STEPHANIE VS. AMAZON.COM SERVICES, LLC ET AL**, Defendant

TO:  **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is AMAZON.COM SERVICES, LLC

The Commonwealth of Kentucky to Defendant:
**AMAZON.COM SERVICES, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Diane Thompson
Nelson Circuit Clerk
Date: 9/18/2020   MH

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: 277945019282074@00000135672
CIRCUIT: 20-CI-00448 Certified Mail
NEWTON, STEPHANIE VS. AMAZON.COM SERVICES, LLC ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. JOHN D. SEAY (610248)
Package : 000002 of 000009

COMMONWEALTH OF KENTUCKY
NELSON CIRCUIT COURT
CIVIL ACTION NO. _____
*Electronically Filed*

STEPHANIE NEWTON                                                                PLAINTIFF

VS.                            **COMPLAINT AND JURY DEMAND**

AMAZON.COM SERVICES, LLC,

    **To be served through:**
    Corporation Service Company
    421 West Main Street
    Frankfort, Kentucky 40601

AMAZON.COM SERVICES, INC.

    **To be served through Kentucky Secretary State:**
    **Officer or Managing Agent of Amazon.Com Services, Inc.**
    440 Terry Avenue North
    Seattle, Washington 98109

REED GROUP MANAGEMENT LLC, and

    **To be served through:**
    Corporation Service Company
    421 West Main Street
    Frankfort, Kentucky 40601

REED GROUP, LTD                                                                 DEFENDANTS

    **To be served through:**
    Corporation Service Company
    421 West Main Street
    Frankfort, Kentucky 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Stephanie Newton, and for her Complaint and Jury Demand against Defendants Amazon.com Services, LLC, Amazon.com Services, Inc., Reed Group Management LLC, and Reed Group, LTD, states as follows:

1. Plaintiff Stephanie Newton is a citizen and resident of Nelson County, Kentucky.

2. Defendant Amazon.com Services, LLC is a foreign limited liability company believed to be domiciled in the state of Delaware, with its principal office located at 410 Terry Avenue North, Seattle, Washington 98109.

3. Defendant Amazon.com Services, LLC's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, Kentucky 40601, and Amazon.com Services, LLC may be served through the same.

4. Defendant Amazon.com Services, Inc. is believed to be a foreign corporation domiciled in the state of Delaware, with its principal office located at 440 Terry Avenue North, Seattle, Washington 98109.

5. It is believed that Defendant Amazon.com Services, Inc. may be served through the Kentucky Secretary of State at its principal office located at 440 Terry Avenue North, Seattle, Washington 98109.

6. Defendant Reed Group Management LLC is a foreign limited liability company believed to be domiciled in the state of Connecticut, with its principal office located at 10355 Westmoor Drive, Westminster, Colorado 80021.

7. Defendant Reed Group Management LLC's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, Kentucky 40601, and Reed Group Management LLC may be served through the same.

8. Defendant Reed Group LTD is a foreign corporation believed to be domiciled in the state of Colorado, with its principal office located at 10355 Westmoor Drive, Westminster, Colorado 80021.

9. Defendant Reed Group LTD's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, Kentucky 40601, and Reed Group LTD may be served through the same.

Package:000004 of 000009

Presiding Judge: HON. JOHN D. SEAY (610248)

Package : 000004 of 000009

10. Jurisdiction is proper in this Court because Defendants transact business and caused damages in the Commonwealth of Kentucky, and Plaintiff was caused harm in Nelson County, Kentucky.

11. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Amazon, employed as a FC Associate I.

12. Amazon established and provided the short-term disability (a/k/a "Plan") (hereinafter the "STD plan") to its employees, which includes Plaintiff.

13. Plaintiff was covered and eligible under the Plan.

14. The Plan defines disability and entitles Plaintiff to receive benefits if Plaintiff meets the following definition:

> "**Disability**" or "**Disabled**" means that the employee, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of the employee's Own Job.

15. STD plan benefits are believed to be paid by Defendants Amazon and from the general assets of Defendants Amazon.

16. Plaintiff became disabled under the terms of the STD plan, which disability arose after the Effective Date, and she was unable to return to work as a FC Associate I since on or about September 25, 2019, and thereafter remained disabled under the terms of the STD plan.

17. Plaintiff timely and properly made a claim under the STD plan. Plaintiff's assigned STD case number is believed to be 19092601279.

18. Defendants approved Plaintiff's claim for benefits for a period of time, including through October 21, 2019.

19. By letter dated November 27, 2019, Defendants denied Plaintiff's STD determining that no further benefit payments were payable.

20. Plaintiff timely and properly appealed the denial of her disability benefits in the manner set forth in the STD plan.

21. By letter dated January 8, 2020, Defendants upheld the wrongful denial of Plaintiff's STD benefits.

22. Plaintiff timely and properly appealed the denial of her disability benefits in the manner set forth in the STD plan.

23. After Plaintiff's administrative appeal, Defendants sent Plaintiff a letter dated March 9, 2020, in which Defendants upheld the denial of Plaintiff's STD benefits.

24. The March 9, 2020 letter states that Plaintiff has "exhausted [her] Appeal and 2nd Appeal rights, which exhausts the appeal process under this plan" and Plaintiff has "the right to bring a legal action for benefits…"

25. Plaintiff has timely and properly exhausted her administrative remedies and appeals.

26. Plaintiff is entitled to payment of STD benefits from Defendants, as Plaintiff meets the definition of "disability" under the terms of the STD plan.

27. Defendants have wrongfully withheld, and are responsible for, payment of STD benefits to those entitled to benefits under the STD plan, including Plaintiff.

28. The denial of Plaintiff's claim for STD benefits is a breach of contract, and Defendants' breach of contractual duties and obligations have caused Plaintiff damages.

29. Defendants should be enjoined from stopping payments under the contract.

30. The decision of Defendants to deny contractual benefits under the STD plan is erroneous, a breach of fiduciary duty, negligent, an abuse of discretion, arbitrary and capricious, and contrary to the overwhelming evidence supplied to Defendants in the medical records and opinions of Plaintiff's treating physicians.

31. Pursuant to KRS 337.010, the STD benefits owed by Defendants to Plaintiff constituted "wages" as such benefits were "compensation due to [Plaintiff] by reason of her employment, including salaries, commissions, vested vacation pay, overtime pay, severance or dismissal pay, earned bonuses, and any other similar advantages agreed upon by the employer and the employee or provided to employees as an established policy."

32. Plaintiff is an "employee" and Defendants Amazon.com Services, LLC and Amazon.com Services, Inc. are an "employer" under KRS 337.010.

33. Defendant Amazon.com Services, LLC and Defendant Amazon.com Services, Inc. violated KRS 337.060 by withholding from Plaintiff, its employee, "any part of the wage agreed upon[]" during the time period Plaintiff was disabled and unable to return to work.

34. Defendant Amazon.com Services, LLC and Defendant Amazon.com Services, Inc. violated KRS 337.385 by failing to compensate and/or undercompensating Plaintiff, Defendants' employee, her due STD benefits and/or salary continuation during the time period Plaintiff was disabled and unable to return to work.

35. By virtue of Defendant Amazon.com Services, LLC's and Defendant Amazon.com Services, Inc.'s violation of KRS 337.385, Plaintiff is entitled to the amount of STD benefits due to Plaintiff, plus liquidated damages, costs and attorney's fees.

36. Defendant Amazon.com Services, LLC's and Defendant Amazon.com Services, Inc.'s actions constituted fraudulent misrepresentation because Defendants made a material representation that STD benefits and/or salary continuation would be paid if Plaintiff was disabled, said misrepresentation was false and known by Defendants to be false (or made with reckless disregard for its truth), that was intended to induce Plaintiff to act based upon the misrepresentation, and Plaintiff reasonably relied on the misrepresentation and was caused harm as a direct result.

37. The aforesaid conduct of Defendants in discontinuing contractual benefits constitutes bad faith in that Defendants lacked a reasonable basis to deny benefits and Defendants know, or have acted recklessly as to whether such a basis for denial exists.

38. The actions of Defendants violate KRS § 304.12-230, the Unfair Claims Settlement Practices Act, and entitle Plaintiff to recover attorney's fees and interest under KRS § 304.12-235.

39. The aforesaid conduct of Defendants is reckless and grossly negligent, which entitles Plaintiff to punitive damages.

40. The above actions by Defendants have directly and proximately caused emotional and mental pain and suffering, anxiety, inconvenience, and financial problems, which would not have occurred, but for the wrongful conduct of Defendants.

41. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Stephanie Newton demands the following relief:

1. Judgment against Defendants for full contractual benefits while disabled, attorney's fees, liquidated damages, punitive damages to punish and deter it from similar conduct, prejudgment and post-judgment interest, and compensation for emotional pain and suffering caused by Defendants' unreasonable and reckless delay;

2. Full contractual benefits under the terms of the STD plan;

3. Pre-judgment and post-judgment interest;

4. Any and all other relief to which Plaintiff appears to be entitled; and

5. Trial by jury.

Package:000008 of 000009    Presiding Judge: HON. JOHN D. SEAY (610248)    Package : 000008 of 000009

Respectfully submitted:

/s/ Elizabeth A. Thornsbury
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
*Counsel for Plaintiff*

Diane Thompson, Nelson Circuit Clerk
200 Nelson County Plaza
Bardstown, KY 40004

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 20-CI-00448

Envelope Number: 2779450

Package Retrieval Number: 277945019282074@00000135672

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.50

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Page 1 of 1        Generated: 9/18/2020 3:45:27 PM

Package:000001 of 000009

Presiding Judge: HON. JOHN D. SEAY (610248)

Package : 000001 of 000009





20-CI-448