UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| STEPHANIE NEWTON, | |
| Plaintiff, | Civil Action No. 3:20-CV-711-CHB |
| v. | |
| | **ORDER OF RECUSAL** |
| AMAZON.COM SERVICES, LLC, et al., | |
| Defendants. | |

*** *** *** ***

Upon review of this matter, pursuant to 28 U.S.C. § 455, the Court must conclude that recusal in this matter is required. For this reason,

**IT IS HEREBY ORDERED** that Judge Claria Horn Boom **RECUSES** from this matter, and the action is hereby **REASSIGNED** to the docket of Chief Judge Greg N. Stivers for all further proceedings. Counsel are requested to change the civil action number to reflect the initials "GNS" on all further pleadings.

This the 26th day of October, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record
Judge Stivers's Case Manager