UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| STEPHANIE NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:20-cv-00711-GNS |
| | ) | |
| AMAZON.COM SERVICES, LLC, | ) | |
| AMAZON.COM SERVICES, INC., | ) | |
| REED GROUP MANAGEMENT, LLC, | ) | |
| REED GROUP, LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## **AMENDED COMPLAINT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Stephanie Newton, and for her Amended Complaint against Defendants Amazon.com Services, LLC, Amazon.com Services, Inc., Reed Group Management LLC, and Reed Group, LTD, states as follows:

1. Plaintiff Stephanie Newton is a citizen and resident of Nelson County, Kentucky.

2. Defendant Amazon.com Services, LLC is a foreign limited liability company believed to be domiciled in the state of Delaware, with its principal office located at 410 Terry Avenue North, Seattle, Washington 98109.

3. Defendant Amazon.com Services, LLC's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, Kentucky 40601, and Amazon.com Services, LLC may be served through the same.

4. Defendant Amazon.com Services, Inc. is believed to be a foreign corporation domiciled in the state of Delaware, with its principal office located at 440 Terry Avenue North, Seattle, Washington 98109.

5. It is believed that Defendant Amazon.com Services, Inc. may be served through the Kentucky Secretary of State at its principal office located at 440 Terry Avenue North, Seattle, Washington 98109.

6. Defendant Reed Group Management LLC is a foreign limited liability company believed to be domiciled in the state of Connecticut, with its principal office located at 10355 Westmoor Drive, Westminster, Colorado 80021.

7. Defendant Reed Group Management LLC's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, Kentucky 40601, and Reed Group Management LLC may be served through the same.

8. Defendant Reed Group LTD is a foreign corporation believed to be domiciled in the state of Colorado, with its principal office located at 10355 Westmoor Drive, Westminster, Colorado 80021.

9. Defendant Reed Group LTD's service of process agent is Corporation Service Company, located at 421 West Main Street, Frankfort, Kentucky 40601, and Reed Group LTD may be served through the same.

10. Jurisdiction and venue are proper in this Court because Defendants transact business and caused damages in the Commonwealth of Kentucky, and Plaintiff resides in, and was caused harm in Nelson County, Kentucky. Furthermore, as this case involves claims under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, this Court has federal question subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

11. At the time of the circumstances giving rise to this lawsuit, Plaintiff was an employee of Amazon, employed as a FC Associate I.

12. Amazon established and provided the short-term disability (a/k/a "Plan") (hereinafter the "STD plan") to its employees, which includes Plaintiff.

13. Plaintiff was covered and eligible under the Plan.

14. The Plan defines disability and entitles Plaintiff to receive benefits if Plaintiff meets the following definition:

> "**Disability**" or "**Disabled**" means that the employee, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of the employee's Own Job.

15. STD plan benefits are believed to be paid by Defendants Amazon and from the general assets of Defendants Amazon.

16. Plaintiff became disabled under the terms of the STD plan, which disability arose after the Effective Date, and she was unable to return to work as a FC Associate I since on or about September 25, 2019, and thereafter remained disabled under the terms of the STD plan.

17. Plaintiff timely and properly made a claim under the STD plan. Plaintiff's assigned STD case number is believed to be 19092601279.

18. Defendants approved Plaintiff's claim for benefits for a period of time, including through October 21, 2019.

19. By letter dated November 27, 2019, Defendants denied Plaintiff's STD determining that no further benefit payments were payable.

20. Plaintiff timely and properly appealed the denial of her disability benefits in the manner set forth in the STD plan.

21. By letter dated January 8, 2020, Defendants upheld the wrongful denial of Plaintiff's STD benefits.

22. Plaintiff timely and properly appealed the denial of her disability benefits in the manner set forth in the STD plan.

23. After Plaintiff's administrative appeal, Defendants sent Plaintiff a letter dated March 9, 2020, in which Defendants upheld the denial of Plaintiff's STD benefits.

24. The March 9, 2020 letter states that Plaintiff has "exhausted [her] Appeal and 2nd Appeal rights, which exhausts the appeal process under this plan" and Plaintiff has "the right to bring a legal action for benefits…"

25. Plaintiff has timely and properly exhausted her administrative remedies and appeals.

26. Plaintiff is entitled to payment of STD benefits from Defendants, as Plaintiff meets the definition of "disability" under the terms of the STD plan.

27. Defendants have wrongfully withheld, and are responsible for, payment of STD benefits to those entitled to benefits under the STD plan, including Plaintiff.

28. The Plan and STD policy are benefits governed by ERISA.

## COUNT I

29. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

30. This count is brought under ERISA, pursuant to 29 U.S.C. § 1132(a)(1)(B), to recover benefits under the terms of the Plan and STD Policy, as a result of Defendants' improper denials of benefits under the terms of the Plan and STD Policy.

31. Plaintiff is entitled to payment of STD benefits, as Plaintiff meets the definition of "disabled" under the terms of the STD policy.

32. Defendants have wrongfully withheld, and is responsible for, payment of STD benefits to those entitled to benefits under the STD policy, including Plaintiff. Defendants have violated ERISA and specifically 29 U.S.C. 1132(a)(1)(B) in its refusal to pay owed benefits.

33. Defendants' decision to deny benefits was wrong, arbitrary and capricious, against the overwhelming evidence provided to Defendants, and a breach of fiduciary duty, all of which entitles Plaintiff to recovery of benefits under the terms of the plan, interest, costs and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g).

34. Defendants' internal review is subject to the abuse of discretion standard of review.

35. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff Stephanie Newton demands the following relief:

Judgment against Defendants for full contractual benefits under 29 U.S.C. 1132(a)(1)(B) and attorney's fees, interest, and costs under 29 U.S.C. 1132(g) pursuant to ERISA.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **Stephanie D. Ahmad**
  ahmads@gtlaw.com
- **Rheanne D. Falkner**
  rfalkner@grsm.com,kcassady@grsm.com,sherron@grsm.com
- **Richard C. McCrea, Jr**
  mccrear@gtlaw.com,ramosr@gtlaw.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com, shall@austinmehr.com
- **Bardia Sanjabi**
  sanjabib@gtlaw.com,houkr@gtlaw.com,bardiasanjabi@yahoo.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com

**Manual Notice List**

- No manual recipients

/s/ Elizabeth A. Thornsbury
ELIZABETH A. THORNSBURY