UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

|  |  |  |
|---|---|---|
| STEPHANIE NEWTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:20-cv-00711-GNS |
| | ) | |
| AMAZON.COM SERVICES, LLC, | ) | |
| AMAZON.COM SERVICES, INC., | ) | |
| REED GROUP MANAGEMENT, LLC, | ) | |
| REED GROUP, LTD. | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT NOTICE OF SETTLEMENT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Plaintiff Stephanie Newton and Defendants Amazon.com Services, LLC, Amazon.com Services, Inc., Reed Group Management, LLC, and Reed Group, LTD (collectively the "Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Fed. R. Civ. P. 41(a)(1)(A)(ii) compliant joint Stipulation of Dismissal.

Respectfully submitted,

/s/ *Elizabeth A Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

/s/ *Rheanne Dodson Falkner* (with permission)
Rheanne Dodson Falkner
Email: rfalkner@grsm.com
**Gordon Rees Scully & Mansukhani, LLP**
Waterfront Plaza, Suite 2300
325 W. Main Street
Louisville, Kentucky 40202
Telephone: (502) 371-1255
*Counsel for Defendants Reed Group*
*Management LLC and Reed Group, LTD*

/s/ *Stephanie D. Ahmad* (with permission)
Stephanie D. Ahmad
Email: ahmads@gtkaw.com
**Greenberg Traurig, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Bardia Sanjabi
Email: sanjabib@gtlaw.com
**Greenberg Traurig, LLP**
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100

        Facsimile: (678) 553-2212

        Richard McCrea, Jr.
        Email: mcrear@gtlaw.com
        **Greenberg Traurig, LLP**
        101 East Kennedy Boulevard
        Suite 1900
        Tampa, Florida 33602
        Telephone: (813) 318-5700
        Facsimile: (813) 318-5900
        *Counsel for Amazon.com Services, LLC and*
        *Amazon.com Services, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **Stephanie D. Ahmad**
  ahmads@gtlaw.com
- **Rheanne D. Falkner**
  rfalkner@grsm.com,kcassady@grsm.com
- **Richard C. McCrea , Jr**
  mccrear@gtlaw.com,ramosr@gtlaw.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com,
  shall@austinmehr.com
- **Bardia Sanjabi**
  sanjabib@gtlaw.com,houkr@gtlaw.com,bardiasanjabi@yahoo.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,kasey@austinmehr.com,
  shall@austinmehr.com

**Manual Notice List**

- No manual recipients

        */s/ Elizabeth A. Thornsbury*
        ELIZABETH A. THORNSBURY