UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| STEPHANIE NEWTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:20-cv-00711-GNS |
| | ) |
| AMAZON.COM SERVICES, LLC, | ) |
| AMAZON.COM SERVICES, INC., | ) |
| REED GROUP MANAGEMENT, LLC, | ) |
| REED GROUP, LTD. | ) |
| | ) |
| Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

Plaintiff Stephanie Newton and Defendants Amazon.com Services, LLC, Amazon.com Services, Inc., Reed Group Management, LLC, and Reed Group, LTD (collectively the "Parties"), having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own attorney's fees and costs.

**HAVE SEEN AND AGREED TO:**

/s/ Elizabeth A. Thornsbury
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
*Counsel for Plaintiff*

/s/ Rheanne Dodson Falkner (with permission)
Rheanne Dodson Falkner
Email: rfalkner@grsm.com
**Gordon Rees Scully & Mansukhani, LLP**
Waterfront Plaza, Suite 2300
325 W. Main Street
Louisville, Kentucky 40202
*Counsel for Defendants Reed Group Management LLC and Reed Group, LTD*

/s/ Stephanie D. Ahmad (with permission)
Stephanie D. Ahmad
Email: ahmads@gtkaw.com
**Greenberg Traurig, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, California 94303

Bardia Sanjabi
Email: sanjabib@gtlaw.com
**Greenberg Traurig, LLP**
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305

Richard McCrea, Jr.
Email: mcrear@gtlaw.com
**Greenberg Traurig, LLP**
101 East Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
*Counsel for Amazon.com Services, LLC and Amazon.com Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **Stephanie D. Ahmad**
  ahmads@gtlaw.com
- **Rheanne D. Falkner**
  rfalkner@grsm.com,kcassady@grsm.com
- **Richard C. McCrea , Jr**
  mccrear@gtlaw.com,ramosr@gtlaw.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com, shall@austinmehr.com
- **Bardia Sanjabi**
  sanjabib@gtlaw.com,houkr@gtlaw.com,bardiasanjabi@yahoo.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,shall@austinmehr.com, caitlyn@austinmehr.com

**Manual Notice List**

- No manual recipients

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
